UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PRECISE RENOVATION CORP.,            :   08 CIV. 3379 (DLC)
                   Plaintiff,        :   PRETRIAL
                                     :   SCHEDULING ORDER
        -v-                          :
                                     :
WW PARKWAY, LLC; THE GLC GROUP, LLC; :
THE MAYFAIR CONDOMINUM ASSOCIATION   :
INC.; and PINMARK CONTRACTING CO., LLC, :
                                     :
                   Defendants.       :
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

DENISE COTE, District Judge:

   As set forth at the pretrial conference held on May 13, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

   The parties shall submit a status letter to the Court by **December 5, 2008.**

Dated:   New York, New York
         May 14, 2008

                              _____
                                     DENISE COTE
                              United States District Judge