UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PRECISE RENOVATION CORP.,

                                 Plaintiff,

   -against-

WW PARKWAY, LLC, THE GLC GROUP, L.L.C., THE MAYFAIR
CONDOMINIUM ASSOCIATION, INC., and PINMARK
CONTRACTING CO., LLC.,

                               Defendants.

------------------------------------------------------------------X

Case No.: 08 CV 03379

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                            )  ss.:
COUNTY OF NEW YORK  )

      **DARREN HINDS,** being duly sworn, deposes and says:

      1.      That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.      That on <u>April 24, 2008</u>, at approximately <u>10:09 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION With Index Number and Date Purchased Endorsed Thereon, COMPLAINT and CIVIL COVER SHEET,** all upon **WW PARKWAY, LLC,** by Personal Delivery, via Mr. Shlomo Tajerstein, who identified himself as a "Manager" as well as being authorized as Agent, to accept service on behalf of WW Parkway, LLC, which service was affected at their actual place of business indicated below:

                WW PARKWAY, LLC
                7 Glenwood Avenue / 1st Floor
                East Orange, New Jersey 07017

      3.      **Ms. Shlomo Tajerstein** can best be described as:

Male - White skin – Light Brown hair – Brown eyes - Approximately 33 – 45 years of age, 6'2" – 6'5" and 275 – 350 lbs.

Dated:  April 24, 2008
         New York, New York

                                    _____
                                    DARREN HINDS
                                    License No.: 1194970

Sworn to before me on this the 24th day of April 2008.

_____
NOTARY PUBLIC

              **HOLLY ROLDAN**
           **Notary Public, State of New York**
               **No. 01RO6125752**
           **Qualified in New York County**
         **Commission Expires April 20, 20___**

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

                                                     POST OFFICE BOX 3265
                                                     NEW YORK, NEW YORK 10008
                                                       212-608-1555

*'We've built our reputation on your satisfaction'*