UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRECISE RENOVATION CORP.,

          Plaintiff,

 -against-

WW PARKWAY, LLC, THE GLC GROUP, L.L.C., THE MAYFAIR
CONDOMINIUM ASSOCIATION, INC., and PINMARK
CONTRACTING CO., LLC.,

          Defendants.

------------------------------------------------------------------X

Case No.: 08 CV 03379

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  **DARREN HINDS,** being duly sworn, deposes and says:

  1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

  2. That on <u>April 24, 2008</u>, at approximately <u>10:08 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION With Index Number and Date Purchased Endorsed Thereon, COMPLAINT and CIVIL COVER SHEET,** all upon **THE GLC GROUP, L.L.C.,** by Personal Delivery, via Mr. Shlomo Tajerstein, who identified himself as a "Manager" as well as being authorized as Agent, to accept service on behalf of The GLC Group, L.L.C., which service was affected at their actual place of business indicated below:

    THE GLC GROUP, L.L.C.
    7 Glenwood Avenue / 1st Floor
    East Orange, New Jersey 07017

  3. **Ms. Shlomo Tajerstein** can best be described as:

Male - White skin – Light Brown hair – Brown eyes - Approximately 33 – 45 years of age, 6'2" – 6'5" and 275 – 350 lbs.

Dated: April 24, 2008
    New York, New York

                       */s/ Darren Hinds*
                       DARREN HINDS
                       License No.: 1194970

Sworn to before me on this the 24th day of April 2008.

*/s/ Holly Roldan*
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20_09_

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*