UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

PRECISE RENOVATION CORP.,

                           Plaintiff,

-against-

WW PARKWAY, LLC, THE GLC GROUP, L.L.C., THE MAYFAIR
CONDOMINIUM ASSOCIATION, INC., and PINMARK
CONTRACTING CO., LLC.,

                           Defendants.

------------------------------------------------------------------------X

Case No.: 08 CV 03379

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

       **DARREN HINDS**, being duly sworn, deposes and says:

       1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

       2.    That on <u>April 24, 2008</u>, at approximately <u>10:11 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION With Index Number and Date Purchased Endorsed Thereon, COMPLAINT and CIVIL COVER SHEET,** all upon **THE MAYFAIR CONDOMINIUM ASSOCIATION, INC.,** by Personal Delivery, via Mr. Shlomo Tajerstein, who identified herself as a "Manager" as well as being authorized as Agent, to accept service on behalf of The Mayfair Condominium Association, Inc., which service was affected at their actual place of business indicated below:

                THE MAYFAIR CONDOMINIUM ASSOCIATION, INC.
                7 Glenwood Avenue / 1st Floor
                East Orange, New Jersey 07017

       3.    **Ms. Shlomo Tajerstein** can best be described as:

Male - White skin – Light Brown hair – Brown eyes - Approximately 33 – 45 years of age, 6'2" – 6'5" and 275 – 350 lbs.

Dated:  April 24, 2008
            New York, New York

                                                                     _____
                                                                       DARREN HINDS
                                                                       License No.: 1194970

Sworn to before me on this the 24th day of April 2008.

_____
NOTARY PUBLIC

                           **HOLLY ROLDAN**
                 **Notary Public, State of New York**
                      **No. 01RO6125752**
                 **Qualified in New York County**
              **Commission Expires April 29, 2009**

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*