UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRECISE RENOVATION CORP.,

                              Plaintiff,

   -against-

WW PARKWAY, LLC, THE GLC GROUP, L.L.C., THE MAYFAIR CONDOMINIUM ASSOCIATION, INC., and PINMARK CONTRACTING CO., LLC.,

                              Defendants.
------------------------------------------------------------------X

Case No.: 08 CV 03379

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

    **DARREN HINDS,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

2. That on April 24, 2008, at approximately 10:10 a.m., I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION With Index Number and Date Purchased Endorsed Thereon, COMPLAINT and CIVIL COVER SHEET,** all upon **PINMARK CONTRACTING CO., LLC,** by Personal Delivery, via Mr. Shlomo Tajerstein, who identified himself as a "Manager" as well as being authorized as Agent, to accept service on behalf of Pinmark Contracting Co., LLC, which service was affected at their actual place of business indicated below:

        PINMARK CONTRACTING CO., LLC
        7 Glenwood Avenue / 1st Floor
        East Orange, New Jersey 07017

3. **Ms. Shlomo Tajerstein** can best be described as:

Male - White skin – Light Brown hair – Brown eyes - Approximately 33 – 45 years of age, 6'2" – 6'5" and 275 – 350 lbs.

Dated:  April 24, 2008
           New York, New York

                                                        _____
                                                        DARREN HINDS
                                                       License No.: 1194970

Sworn to before me on this the 24th day of April 2008.

_____
    NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*